UST-32B 3-03

DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ  85331
(480) 451-3053

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| STEINHOFF, CURTIS A. | ) | CASE NO.  09-22277-PHX-CGC |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| | ) | U.S. BANKRUPTCY COURT |
| Debtor(s). | ) | |

DIANE M. MANN, Trustee, reports that the following dividend checks have been issued and not presented for payment, and the check has been returned to the Trustee by the US Postal Service marked "Undeliverable as addressed".

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 109 | 03/17/11 | ADDIS, INC.<br>C/O KENNETH C. MILLER<br>9375 E. BAHIA DRIVE, STE D-102<br>SCOTTSDALE AZ 85260 | $3,756.04 |

The Trustee asks that an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $3,756.04 to the Clerk of Court to be deposited in the Registry thereof.

March 17, 2011                                    _____/s/_____
       DATE                                                 DIANE M. MANN, Trustee